UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHONNON SAWYER,

Plaintiff,

v.

DAVID A. TROTT, ET AL.,

Defendants.

_____/

Case No. 18-cv-13684

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
DAVID R. GRAND

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION [#9] AND DENYING PLAINTIFF'S APPLICATION
TO PROCEED IN FORMA PAUPERIS [#2]**

This matter is before the Court on Plaintiff's application to proceed *in forma pauperis*. Dkt. No. 2. The Court referred this matter to Magistrate Judge David R. Grand, who issued a Report and Recommendation on November 29, 2018, recommending that the Court deny Plaintiff's application. Dkt. No. 9. Plaintiff has not filed an objection to the Magistrate Judge's Report and Recommendation, and notably, Plaintiff has since paid the $400 filing fee. Upon review of the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate reached the correct conclusion.

Accordingly, the Court ACCEPTS and ADOPTS Magistrate Judge Grand's November 29, 2018 Report and Recommendation [#9] as this Court's findings of

fact and conclusions of law.  Plaintiff's application to proceed *in forma pauperis* is

hereby DENIED.

IT IS SO ORDERED.


Dated:        December 18, 2018

s/Gershwin A. Drain
HON. GERSHWIN A. DRAIN
United States District Court Judge


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys
of record on this date, December 18, 2018, by electronic and/or ordinary mail.

s/Teresa McGovern
Case Manager